# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| **BRIAN AMERMAN** | : | **NO. 24-61-1** |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 4th day of August 2025, upon consideration of Defendant's *unopposed motion to continue sentencing*, [DOC 74], and for good cause shown, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. Accordingly, consistent with this Court's calendar, Defendant's sentencing hearing is rescheduled for October 23, 2025, at 10:30 A.M., in Courtroom 8-B, in the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*